UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCY BENTLEY** | * | CIVIL ACTION NO. _____ |
| | * | |
| V. | * | SECTION \_\_\_\_\_: |
| | * | |
| **WALMART LOUISIANA, LLC,** | * | JUDGE: |
| **AND ABC INSURANCE COMPANY** | * | |
| | * | MAGISTRATE JUDGE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR DAMAGES**

Plaintiff, Lucy Bentley, is a citizen of the United States of America, a resident of the Parish of Jefferson, State of Louisiana and for causes of action alleges as to the defendant(s) as follows:

**I.**

Made defendants herein are:

a. Walmart Louisiana, LLC (hereinafter referred to as "Walmart"), a foreign limited liability company authorized to do and doing business in this Parish of Jefferson, State of Louisiana, having its principal place of business in Bentonville, Arkansas and incorporated in Delaware, and

b. ABC Insurance Company, the insurer of Walmart Louisiana, LLC.

**II.**

Jurisdiction is vested in this court pursuant to 28 U.S.C.A. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the action is between Lucy Bentley, a citizen of the State of Louisiana, Wal-Mart Louisiana, LLC having

1

its principal place of business in Bentonville, Arkansas and incorporated in Delaware, and ABC Insurance Company.

### III.

Defendants herein are jointly severally and in solido liable and indebted unto petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, mental pain and suffering, medical expenses, loss of earnings, loss of earning capacity and permanent disability to the body together with expert witness fees and legal interest, from the date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

### IV.

On or about December 09, 2011, your petitioner herein, Lucy Bentley, while patronizing Wal-Mart Store # 2706 located at 1501 Manhattan Blvd Harvey, LA 70058, suddenly and without warning, slipped and tripped over a rug in the vegetable department.

### V.

Upon falling, Lucy Bentley observed that the floor surface surrounding the rug was in disrepair.

### VI.

As a result of said accident, your petitioner, Lucy Bentley fractured her left hip, sustained painful personal injuries to the body, particularly the left shoulder, left side, stress, and severe emotional distress.

### VII.

Although Lucy Bentley was 89 years old at the time of the fall, she was quite independent, walked without the use of a cane and lived alone without assistance.

**VIII.**

The accident sued upon herein was caused by the gross and wanton negligence of defendant, Walmart, which said acts of negligence include, but are not limited to the following:

a. Failure to ensure a safe and non-hazardous shopping environment;

b. Using an insufficient rug that caused or contributed to the fall of the plaintiff;

c. Failure to utilize a reasonable effort to keep the premises free of any hazardous conditions which reasonably might give rise to damage;

d. Failure to take proper steps to avoid injury to patrons such as Lucy Bentley;

e. Failure to place proper signs to warn of the damage to the flooring and other unsafe conditions in the area where the fall occurred;

f. Presenting an unreasonable risk of harm to Lucy Bentley and that risk of harm was reasonably foreseeable by Wal-Mart;

g. Creating or having actual or constructive notice of the condition of the rug and flooring which caused the damage, prior to the occurrence of the incident on December 9, 2011;

h. Failure to exercise reasonable care to keep the aisles, passageways, and floors in a reasonably safe condition;

i. Careless and reckless implementation of a policy to keep aisles, passageways, and floors in a reasonably safe condition;

j. Failure to ensure that the premises, in its entirety, was conducive to its patrons;

k. Breaching a duty of care owed to Lucy Bentley, a patron;

l. Failure to properly supervise and train employees; and

m. Any and all other acts of negligence that will be proven at the trial of this matter.

**IX.**

As a result of defendant's negligence as delineated above, the petitioner, Lucy Bentley, is entitled to reasonable damages and itemizes her damages as follows:

a. Past and present physical pain and suffering;

    b.  Future pain and suffering;

    c.  Past, present and future mental pain and suffering and emotional distress;

    d.  Past, present and future medical bills; and

    e.  Other losses that will be proven at the trial of this matter.

### X.

At all pertinent times, ABC Insurance Company was the liability insurer of Walmart, insuring Walmart for the type of damages incurred by the plaintiff.

### CAUSE OF ACTION
### Tort: Negligence
### Louisiana Civil Code 2315

### XI.

Defendants are liable for the injuries and damages caused by the accident under Louisiana Civil Code 2315 and all other applicable provisions of law for the tort.

### XII.

Pursuant to La. R.S. 9:2800.6, the rug and floor area where Lucy Bentley fell:

(1) Presented an unreasonable risk of harm to the claimant and that risk of harm was reasonably foreseeable by Walmart;

(2) Walmart either created or had actual or constructive notice of the condition of the rug and flooring which caused the damage, prior to the occurrence of the incident on December 9, 2011; and

(3) Walmart failed to exercise reasonable care.

### XIII.

As a result of the above referenced accident and negligence of the defendants, plaintiff, Lucy Bentley, has suffered severe and disabling injuries and is entitled to recover damages as are reasonable in the premises.

## XIV.

The petitioner has attempted to resolve this matter amicably to no avail.

## XV.

The amount in controversy herein exceeds the limit requirements to request a trial by jury and for diversity jurisdiction.

## XVI.

The plaintiff hereby requests a trial by jury.

**WHEREFORE**, petitioner, Lucy Bentley, prays that the defendants be duly served and cited to appear and answer the Petition as provided by law, and that after all legal delays and due proceedings had there be judgment jointly, severally and in solido against defendants, Walmart Louisiana, LLC and ABC Insurance Company, individually, jointly, severally and/or in solido and in favor of petitioner, Lucy Bentley, for the sum of all damages as may be proven by the plaintiff in this matter; all reasonable compensation for all losses and damages allowed pursuant to law together with legal interest thereon from the date of judicial demand until paid; and for all costs of these proceedings including expert witness fees. Petitioner further prays for all general and equitable relief as the nature of the case may permit and that there be trial by jury.

**Respectfully submitted,**

**Leefe, Gibbs, Sullivan, Dupré & Aldous, L.L.C.**

_____
**WANDA ANDERSON DAVIS (Bar No. 16788)**
One Lakeway Center, Suite 1470
3900 North Causeway Boulevard
Metairie, LA 70002
504-830-3990 – Telephone
504-830-3998 - Facsimile
ATTORNEY FOR PETITIONER,
LUCY BENTLEY

5

**PLEASE SERVE:**
**Walmart Louisiana, LLC**
**Through its agent for service of process**
**C.T. Corporation**
**5615 Corporate Blvd Suite 400B**
**Baton Rouge LA 70808**