UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCY BENTLEY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 12-2318** |
| | * | |
| **WALMART LOUISIANA, LLC, ET AL.** | * | **SECTION "L" (5)** |

## ORDER OF DISMISSAL

The Court has been advised that all parties to this matter have firmly agreed upon a compromise. (Rec. Doc. 18).

IT IS ORDERED that the action be and it is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED that if witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana this 24th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE