UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUCY BENTLEY** | * | CIVIL ACTION 12-2318 |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | JUDGE "EEF" |
| | * | |
| **WAL-MART LOUISIANA, LLC** | * | MAGISTRATE "ALC" |
| **AND ABC INSURANCE COMPANY** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

ON MOTION of defendant, Wal-Mart Louisiana, LLC, and plaintiff, Lucy Bentley appearing herein through undersigned counsel of record, and on suggesting to the court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs; and

Wanda Anderson Davis, Esq. (#16788)
Leefe, Gibbs, Sullivan, Dupre& Aldons, LLC
One Lakeway Center, Suite 1470
3900 N. Causeway Blvd
Metairie, La. 70002
Telephone: (504) 830-3990

ROY C. BEARD, ESQ. (#17461)
MCCRANIE, SISTRUNK, ANZELMO
 HARDY, MCDANIEL & WELCH, LLC
3445 N. Causeway Blvd Suite 800
Metairie, La. 70002
Telephone: (504) 831-0946
ATTORNEY FOR DEFENDANT