UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCY BENTLEY | * | CIVIL ACTION 12-2318 |
|     Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE "EEF" |
| | * | |
| WAL-MART LOUISIANA, LLC | * | MAGISTRATE "ALC" |
| AND ABC INSURANCE COMPANY | * | |
|     Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs, pursuant to the joint motion. (Rec. Doc. 20).

New Orleans, Louisiana, this __4th__ day of _September_, 2013.

_____
UNITED STATES DISTRICT JUDGE